# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D2023-3306
_____

KIMBERLY RESHAWN OLIVER,

Petitioner,

v.

SARASOTA MEMORIAL HOSPITAL
aka Sarasota County Public
Hospital Board and Its
subsidiaries and COMMERCIAL
RISK MANAGEMENT, INC.,

Respondents.

_____

Petition for Writ of Prohibition—Original Jurisdiction.

Date of Accident: September 20, 2023.

January 24, 2024

PER CURIAM.

DISMISSED.

ROBERTS, KELSEY, and WINOKUR, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____

Nicolette E. Tsambis of Smith, Feddeler, Smith P.A., Lakeland, for Petitioner.

Robert B. Bennett and Karen E. Ferguson of Bennett, Jacobs & Adams, P.A., Tampa, for Respondents.